UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 10-40783 |
| ) | |
| PACE, CYNTHIA ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on October 30, 2012 in Courtroom 615**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  October 2, 2012          By:  /s/  Richard M. Fogel
                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: PACE, CYNTHIA | § | Case No. 10-40783 |
|---|---|---|
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 7,925.00 |
| **Balance on hand:** | $ 7,925.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,925.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,550.00 | 0.00 | 1,550.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,550.00 |
| Remaining balance: | $ 6,375.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,375.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,026.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Department of the Treasury | 2,026.36 | 0.00 | 2,026.36 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 2,026.36 |
| Remaining balance: | $ 4,348.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,580.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Department of the Treasury | 13,928.19 | 0.00 | 2,278.65 |
| 2 | Nationwide Loans LLC | 1,856.80 | 0.00 | 303.77 |
| 4 | Short Term Loans LLC | 1,573.13 | 0.00 | 257.36 |
| 5 | Jefferson Capital Systems LLC | 745.00 | 0.00 | 121.88 |
| 6 | Nicor Gas | 460.33 | 0.00 | 75.31 |
| 7 | World Finance Corp | 2,160.00 | 0.00 | 353.38 |
| 8 | US Bank N.A. | 675.64 | 0.00 | 110.53 |
| 9 | Commonwealth Edison Company | 574.78 | 0.00 | 94.03 |
| 10 | Global Payments | 100.00 | 0.00 | 16.36 |
| 11 | Security Finance DBA SFCI | 599.50 | 0.00 | 98.08 |
| 12 | Dekalb County Credit Union | 3,907.62 | 0.00 | 639.29 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,348.64 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                      United States Bankruptcy Court
                       Northern District of Illinois

In re:                                                       Case No. 10-40783-JSB
Cynthia Pace                                                 Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: gbeemster             Page 1 of 3             Date Rcvd: Oct 03, 2012
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2012.
db             +Cynthia Pace,    1713 Forest Cove Drive,    Apt #107,    Mount Prospect, IL 60056-5409
16122455       +CVS Caremark,    PO Box 659539,    San Antonio, TX 78265-9539
16122449       +Certifi Recv,    6161 Savoy Dr Ste 600,    Houston, TX 77036-3339
16122452       +Cetergy Payment Recovery,    11601 Roosevelt Blvd,    Saint Petersburg, FL 33716-2202
16122453       +Check Into Cash,    1637 S. Cicero,    Cicero, IL 60804-1520
16122456       +Dekalb County Cu,    6801 Spring Creek Rd 2D,    Rockford, IL 61114-7420
16122458       +Geneva Roth,    1338 S. Foothill Drive #325,    Salt Lake City, UT 84108-2321
16122459       +Global Payments,    Po Box 661158,    Chicago, IL 60666-1158
16122460       +Illinois Title Loan,    3159 W. Cermak,    Chicago, IL 60623-3307
16290856       +Jefferson Capital Systems LLC,    Purchased From NATIONAL CREDIT ADJUSTERS,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,    Orig By: CHECK INTO CASH
16122464       +Mutl H Clctn,    2525 N Shadeland,    Indianapolis, IN 46219-1787
16122465       +Nationwide Acceptance,    Attn: Bankruptcy,    3435 N Cicero Ave,    Chicago, IL 60641-3794
16122466       +Nationwide Cash,    884 Town Center Drive,    Langhorne, PA 19047-1748
16162710       +Nationwide Loans LLC,    3435 N. Cicero Ave.,    Chicago, IL 60641-3794
16122469        Physician Asset Recovery Service,    PO Box 57910,    Jacksonville, FL 32241-7910
16122470       +Professnl Acct Mgmt In,    Attn: Sabrina,    Po Box 391,    Milwaukee, WI 53201-0391
16122472       +QC Holdings,    National Quik Cash,    P O Box 26187,    Overland Park, KS 66225-6187
16122473       +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
16122474       +Short Term Loan,    661 Roosevelt Rd,    Glen Ellyn, IL 60137-5817
16122475       +State Collection Service,    P.O. Box 6586,    Madison, WI 53716-0586
16122476       +Suburban Credit Corporation,    6142 Franconia Road,    PO Box 30640,    Alexandria, VA 22310-8640
16122478      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,    425 Walnut Street,    Cincinnati, OH 45202)
16122477       +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
16122481       +Water Tower Dental Ltd.,    845 N Michigan,    #955W,    Chicago, IL 60611-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16122447       +Fax: 864-336-7400 Oct 04 2012 04:39:35      Advance America,    3301 Freedom Drive,
                 Charlotte, NC 28208-2864
16122448       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 04 2012 02:08:19      Armor Systems Co,    1700 Kiefer Dr,
                 Suite 1,    Zion, IL 60099-5105
16122454       +E-mail/Text: legalcollections@comed.com Oct 04 2012 02:07:52      ComEd,    2100 Swift Drive,
                 Oak Brook, IL 60523-1559
16628960       +E-mail/Text: legalcollections@comed.com Oct 04 2012 02:07:52      Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
16171581       +E-mail/Text: pkasmar@reilly-lawoffices.com Oct 04 2012 04:00:20      Dekalb County Credit Union,
                 c/o Reilly Law Offices,    6801 Spring Creek Rd, 2D,    Rockford, IL 61114-7420
16122461       +E-mail/Text: cio.bncmail@irs.gov Oct 04 2012 00:55:53      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
16122457       +E-mail/Text: bknotice@erccollections.com Oct 04 2012 03:58:15      Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16122462       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2012 02:05:59      MCM,    Dept 12421,    PO Box 603,
                 Oaks, PA 19456-0603
16122463       +E-mail/Text: mmrgbk@miramedrg.com Oct 04 2012 03:57:36      Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
16122467       +E-mail/Text: bankrup@nicor.com Oct 04 2012 00:59:40      Nicor Gas,
                 Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
16303693       +E-mail/Text: bankrup@nicor.com Oct 04 2012 00:59:40      Nicor Gas,    PO Box 549,
                 Aurora IL 60507-0549
16680500       +E-mail/Text: bankruptcy.noticing@security-finance.com Oct 04 2012 01:05:32
                 Security Finance DBA SFCI,    SFC Central Bankruptcy & Recovery Dept,    P O Box 1893,
                 Spartanburg, SC 29304-1893
16234045       +E-mail/Text: JIM@WSCEINC.COM Oct 04 2012 02:08:11      Short Term Loans LLC,
                 1400 E toughy Ave #108,    Des Plaines, IL 60018-3338
16122479       +E-mail/Text: 9125@usanfsc.com Oct 04 2012 04:05:56      USA Payday loan,    8127 S Cicero,
                 Chicago, IL 60652-2017
16122480        E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 04 2012 01:11:43      Verizon,
                 P.O. Box 25506,    Lehigh Valley, PA 18002-5506
16122482       +E-mail/PDF: bk@worldacceptance.com Oct 04 2012 01:09:25      World Finance Corp,
                 1214 Currency Ct,    Rochelle, IL 61068-2321
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16122450*      +Certifi Recv,   6161 Savoy Dr Ste 600,    Houston, TX 77036-3339
16122451*      +Certifi Recv,   6161 Savoy Dr Ste 600,    Houston, TX 77036-3339
16122471*      +Professnl Acct Mgmt In,    Attn: Sabrina,    Po Box 391,    Milwaukee, WI 53201-0391
16567563*     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
```

```
District/off: 0752-1           User: gbeemster              Page 2 of 3                  Date Rcvd: Oct 03, 2012
                               Form ID: pdf006              Total Noticed: 40

16122468    ##+Paragon Way,   2101 W. Ben White Blvd,    Austin, TX 78704-7517
                                                                                          TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2012**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: gbeemster              Page 3 of 3                   Date Rcvd: Oct 03, 2012
                               Form ID: pdf006              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2012 at the address(es) listed below:
          Christine  Thurston    on behalf of Debtor Cynthia Pace cthurston@robertjsemrad.com
          Courtenay Martin Wilson    on behalf of Debtor Cynthia Pace cwilson@robertjsemrad.com
          Elizabeth  Placek    on behalf of Debtor Cynthia Pace rjscourtdocs@gmail.com
          Patrick J. Semrad    on behalf of Debtor Cynthia Pace psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
          William A Reilly    on behalf of Creditor  DeKalb County Credit Union
           wreilly@reilly-lawoffices.com, pkasmar@reilly-lawoffices.com
                                                                                   TOTAL: 7