**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: PACE, CYNTHIA                                          §    Case No. 10-40783
                                                              §
                                                              §
Debtor(s)                                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,370.00  *(without deducting any secured claims)* | Assets Exempt: $24,890.00 |
| Total Distribution to Claimants: $6,375.00 | Claims Discharged Without Payment: $22,232.35 |
| Total Expenses of Administration: $1,625.00 | |

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,625.00 | 1,625.00 | 1,625.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,026.36 | 2,026.36 | 2,026.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 29,914.87 | 26,580.99 | 4,348.64 |
| **TOTAL DISBURSEMENTS** | $0.00 | $33,566.23 | $30,232.35 | $8,000.00 |

4) This case was originally filed under Chapter 7 on September 13, 2010. The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2012          By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement from Personal Injury Claim No lawsuit | 1142-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,625.00** | **$1,625.00** | **$1,625.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-2 | Department of the Treasury | 5800-000 | N/A | 2,026.36 | 2,026.36 | 2,026.36 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,026.36 | $2,026.36 | $2,026.36 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-2 | Department of the Treasury | 7100-000 | N/A | 13,928.19 | 13,928.19 | 2,278.65 |
| 2 | Nationwide Loans LLC | 7100-000 | N/A | 1,856.80 | 1,856.80 | 303.77 |
| 3 | Dekalb County Credit Union | 7100-000 | N/A | 3,333.88 | 0.00 | 0.00 |
| 4 | Short Term Loans LLC | 7100-000 | N/A | 1,573.13 | 1,573.13 | 257.36 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | N/A | 745.00 | 745.00 | 121.88 |
| 6 | Nicor Gas | 7100-000 | N/A | 460.33 | 460.33 | 75.31 |
| 7 | World Finance Corp | 7100-000 | N/A | 2,160.00 | 2,160.00 | 353.38 |
| 8 | US Bank N.A. | 7100-000 | N/A | 675.64 | 675.64 | 110.53 |
| 9 | Commonwealth Edison Company | 7100-000 | N/A | 574.78 | 574.78 | 94.03 |
| 10 | Global Payments | 7100-000 | N/A | 100.00 | 100.00 | 16.36 |
| 11 | Security Finance DBA SFCI | 7100-000 | N/A | 599.50 | 599.50 | 98.08 |
| 12 | Dekalb County Credit Union | 7100-000 | N/A | 3,907.62 | 3,907.62 | 639.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $29,914.87 | $26,580.99 | $4,348.64 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-40783  
**Case Name:** PACE, CYNTHIA  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/24/12 (c)  
**§341(a) Meeting Date:** 06/01/12  

**Period Ending:** 11/30/12  
**Claims Bar Date:** 09/04/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Associated Bank Checking Account  Imported from Amended Doc#: 16 | 1.00 | 0.00 | DA | 0.00 | FA |
| 2  Chase Checking Account  Imported from Amended Doc#: 27 | 84.00 | 0.00 | DA | 0.00 | FA |
| 3  Chase Savings Account  Imported from Amended Doc#: 27 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  MB Financial Checking  Imported from Amended Doc#: 27 | 5.00 | 0.00 | DA | 0.00 | FA |
| 5  Security Deposit- Landlord  Imported from Amended Doc#: 27 | 780.00 | 780.00 | DA | 0.00 | FA |
| 6  Furniture  Imported from Amended Doc#: 27 | 400.00 | 0.00 | DA | 0.00 | FA |
| 7  Clothing  Imported from Amended Doc#: 27 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  401k  Imported from Amended Doc#: 16  (See Footnote) | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 9  401k  Imported from Amended Doc#: 27 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10  Settlement from Personal Injury Claim No lawsuit  Imported from Amended Doc#: 27 | 27,000.00 | 8,000.00 | | 8,000.00 | FA |
| 11  2000 Chevy Cavalier  Imported from original petition Doc# 1  (See Footnote) | 3,950.00 | 0.00 | DA | 0.00 | FA |
| 12  2002 Chevy Cavalier  Imported from Amended Doc#: 16  (See Footnote) | 4,400.00 | 0.00 | DA | 0.00 | FA |
| 13  2002 Chevy Cavalier  Imported from Amended Doc#: 27 | 1,750.00 | 0.00 | DA | 0.00 | FA |
| **13  Assets  Totals** (Excluding unknown values) | **$41,370.00** | **$8,780.00** | | **$8,000.00** | **$0.00** |

RE PROP# 8   Amended by #9  
RE PROP# 11  Amended by #13  
RE PROP# 12  Amended by #13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-40783  
**Case Name:** PACE, CYNTHIA  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/24/12 (c)  
**§341(a) Meeting Date:** 06/01/12  

**Period Ending:** 11/30/12  
**Claims Bar Date:** 09/04/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** October 2, 2012 (Actual)

Printed: 11/30/2012 10:15 AM    V.13.04

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-40783  
**Case Name:** PACE, CYNTHIA  

**Taxpayer ID #:** **-***2786  
**Period Ending:** 11/30/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/12 | {10} | CYNTHIA PACE | Non-exempt portion of PI settlement | 1142-000 | 8,000.00 | | 8,000.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,975.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,950.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,925.00 |
| 10/30/12 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 6,375.00 |
| 10/30/12 | 102 | Department of the Treasury | 100.00% dividend on Claim # 1P-2, Ref: | 5800-000 | | 2,026.36 | 4,348.64 |
| 10/30/12 | 103 | Department of the Treasury | 16.35% dividend on Claim # 1U-2, Ref: | 7100-000 | | 2,278.65 | 2,069.99 |
| 10/30/12 | 104 | Nationwide Loans LLC | 16.35% dividend on Claim # 2, Ref: | 7100-000 | | 303.77 | 1,766.22 |
| 10/30/12 | 105 | Short Term Loans LLC | 16.35% dividend on Claim # 4, Ref: | 7100-000 | | 257.36 | 1,508.86 |
| 10/30/12 | 106 | Jefferson Capital Systems LLC | 16.35% dividend on Claim # 5, Ref: | 7100-000 | | 121.88 | 1,386.98 |
| 10/30/12 | 107 | Nicor Gas | 16.35% dividend on Claim # 6, Ref: | 7100-000 | | 75.31 | 1,311.67 |
| 10/30/12 | 108 | World Finance Corp | 16.35% dividend on Claim # 7, Ref: | 7100-000 | | 353.38 | 958.29 |
| 10/30/12 | 109 | US Bank N.A. | 16.35% dividend on Claim # 8, Ref: | 7100-000 | | 110.53 | 847.76 |
| 10/30/12 | 110 | Commonwealth Edison Company | 16.35% dividend on Claim # 9, Ref: | 7100-000 | | 94.03 | 753.73 |
| 10/30/12 | 111 | Global Payments | 16.35% dividend on Claim # 10, Ref: | 7100-000 | | 16.36 | 737.37 |
| 10/30/12 | 112 | Security Finance DBA SFCI | 16.35% dividend on Claim # 11, Ref: | 7100-000 | | 98.08 | 639.29 |
| 10/30/12 | 113 | Dekalb County Credit Union | 16.35% dividend on Claim # 12, Ref: | 7100-000 | | 639.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 8,000.00 | 8,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,000.00** | **$8,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******83-66 | 8,000.00 | 8,000.00 | 0.00 |
| | **$8,000.00** | **$8,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 11/30/2012 10:15 AM   V.13.04